IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ADONI EL-SHADDAI,** | 2:07-cv-01247-FCD-EFB |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR AN EXTENSION OF TIME** |
| v. | |
| **D.L. RUNNELS,** | |
| Defendant. | |

Defendant Runnels has moved to remand this matter to Lassen County Superior Court. Good cause appearing, defendant Runnels is relieved from filing a responsive pleading in this Court until further order.

SO ORDERED.

Dated: July 30, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1